AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| SEBASTIAN GREGERSON | |
| | Case No.  16-20552 |
| | USM No.  54886-039 |
| | DAVID THOLEN |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 4   of the term of supervision.
☑ was found in violation of condition(s) count(s)   3   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS). | 6/24/2021 |
| 2 | THE DEFENDANT IS PROHIBITED FROM UTILIZING A COMPUTER DURING THE TERM OF SUPERVISED RELEASE WITH THE EXCEPTION OF AND SOLELY FOR LEGAL RESEARCH, OUTSIDE EMPLOYMENT, AS A SPECIFIC CLASS ASSIGNMENT IN AN ACCREDITED EDUCATIONAL INSTITUTION OR TO SEND OR RECEIVE TYPED EMAIL MESSAGES WITHOUT ATTACHED ELECTRONIC FILES OR IMAGES EMBEDDED IN THE BODY FOR A MESSAGE, OR FOR OTHER USES, AS APPROVED IN ADVANCE BY THE PROBATION OFFICER. | 6/24/2021 |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  2732

Defendant's Year of Birth:  1986

City and State of Defendant's Residence:
DETROIT, MICHIGAN

06/29/2022
Date of Imposition of Judgment

s/Terrence G. Berg
Signature of Judge

Terrence G. Berg, U.S. District Judge
Name and Title of Judge

07/14/2022
Date

DEFENDANT: SEBASTIAN GREGERSON
CASE NUMBER: 16-20552

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ACCURATE INFORMATION ABOUT ALL COMPUTER SYSTEMS (HARDWARE/SOFTWARE), ALL PASSWORDS AND INTERNET SERVICE | 6/24/2021 |
|  | PROVIDER(S), THAT THE DEFENDANT HAS POTENTIAL ACCESS TO AND ABIDE BY ALL RULES OF THE UNITED STATES PROBATION DEPARTMENT'S COMPUTER MONITORING PROGRAM. THE DEFENDANT SHALL ONLY ACCESS A COMPUTER |  |
|  | APPROVED BY THE PROBATION OFFICER. THE DEFENDANT SHALL CONSENT TO THE PROBATION OFFICER CONDUCTING PERIODIC, UNANNOUNCED EXAMINATIONS OF ALL COMPUTER SYSTEMS, WHICH MAY INCLUDE COMPUTER |  |
|  | MONITORING SOFTWARE AT THE DEFENDANT'S EXPENSE. |  |
| 4 | THE DEFENDANT SHALL ONLY ACCESS THE INTERNET THROUGH ONE INTERNET CAPABLE DEVICE. ALL OTHER INTERNET CAPABLE DEVICES, SUCH AS CELLULAR PHONES AND GAMING CONSOLES SHALL | 6/24/2021 |
|  | NOT HAVE THE INTERNET CONNECTED. THE DEFENDANT IS PROHIBITED FROM ACCESSING ANY ONLINE COMPUTER SERVICE AT ANY LOCATION INCLUDING, BUT NOT LIMITED TO PUBLIC LIBRARIES, INTERNET CAFES, AND PLACES OF |  |
|  | EMPLOYMENT OR EDUCATION WITHOUT THE PERMISSION OF THE PROBATION OFFICER. |  |

Judgment — Page __3__ of __6__

DEFENDANT: SEBASTIAN GREGERSON
CASE NUMBER: 16-20552

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

18 MONTHS. SENTENCE SHALL BE SERVED CONCURRENTLY WITH SENTENCE IMPOSED IN 17-CR-20235.

☑ The court makes the following recommendations to the Bureau of Prisons:

THE COURT RECOMMENDS THE DEFENDANT BE PLACED AT FCI MILAN.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____ .
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: SEBASTIAN GREGERSON
CASE NUMBER: 16-20552

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

18 MONTHS. SENTENCE SHALL BE SERVED CONCURRENTLY WITH SENTENCE IMPOSED IN 17-CR-20235.

ALL CONDITIONS AND SPECIAL CONDITIONS PREVIOUSLY IMPOSED REMAIN IN FULL EFFECT, WITH ADDITIONAL CONDITIONS AS LISTED ON THE FOLLOWING PAGES.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 3A — Supervised Release

Judgment—Page __5__ of __6__

DEFENDANT:  SEBASTIAN GREGERSON
CASE NUMBER:  16-20552

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____  Date _____

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
　　　　　　　　　　 Sheet 3B — Supervised Release

Judgment—Page __6__ of __6__

DEFENDANT: SEBASTIAN GREGERSON
CASE NUMBER: 16-20552

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall provide the probation officer with accurate information about all internet capable devices/systems (hardware/software), all passwords, and Internet Service Provider(s), that you have potential and/or reasonable access to and abide by all rules of the U.S. Probation Department's Computer Monitoring Program as necessary. The defendant shall only access an internet capable device approved by the U.S. Probation Department. The defendant shall consent to the probation officer conducting periodic unannounced examinations of all computer systems, which may include computer monitoring software at your expense. For the purpose of accounting for all computers, hardware, software, and accessories; the defendant shall submit his person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at a reasonable time and manner. You shall inform any other residents that the premises and your computer may be subject to a search pursuant to this condition. The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.).

2. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search.  Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

3. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

4. You must not own, possess or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). This includes any tactical/military/survival styled knives.